IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02425-RPM

AMBER FENSTERMACHER,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

_____

ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

Upon review of Defendant's Response to Order to Show Cause [6], it is

ORDERED that the Order to show Cause entered by this Court on February 4, 2010, is discharged.

DATED: February 8th, 2010

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge