IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02425-RPM

AMBER FENSTERMACHER,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal with Prejudice [15], filed today, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own attorneys' fees and costs.

DATED: November 15th, 2010

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge